**Mason W. Loomis et al., appellants, v. Grant W. Miller et al., trustees of International Milk Flour Company, Ltd., appellees. Gen. No. 7,363.**

Suit to quiet title. Decree for defendants. Appeal from the Circuit Court of Will county; the Hon. Arthur W. De Selm, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed April 25, 1925.

Orr & Brumund, for appellants. Fred B. Silsbee and Donovan, Bray & Gray, for appellees.

Mr. Presiding Justice Jett delivered the opinion of the court.